# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON JARRELL SPIKES

NO. 2020 KW 0127

APR 2 8 2020

---

In Re:   Jason Jarrell Spikes, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 16-CR6-129868

---

BEFORE: HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

**WRIT DENIED.**

TMH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT